■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT RICE, Appellant. [820 NYS2d 922]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Penny M. Wolfgang, J.—Attempted Criminal Possession of a Controlled Substance, 3rd

Degree). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.